IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DAVID KABAKOFF, PH.D., in his capacity as Stockholders' Agent, | § § § § § § § § § § § § § § § | No. 430, 2020 |
| Plaintiff Below, Appellant, | | Court Below – Court of Chancery of the State of Delaware |
| v. | | |
| ZENECA, INC., a Delaware Corporation, and MEDIMMUNE, LLC, a Delaware limited liability company, | | C.A. No. 2017-0459-JRS |
| Defendants Below, Appellees. | | |

Submitted:  October 13, 2021
Decided:   October 21, 2021

Before **SEITZ**, Chief Justice; **VALIHURA**, **VAUGHN**, **TRAYNOR**, and **MONTGOMERY-REEVES**, Justices, constituting the Court *en Banc*.

## **ORDER**

On this 21st day of October, 2021, after careful consideration of all briefs and the record on appeal, and after oral argument, we find it evident that the final judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the January 24, 2020 bench ruling, November 18, 2020 opinion, and November 25, 2020 order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

/s/ Tamika R. Montgomery-Reeves
Justice